IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY STENSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **Case No. 04-4219-JLF** |
| **v.** ) | |
| ) | |
| **QUINN LAIRD,** ) | |
| ) | |
|     **Defendant.** ) | |

### JUDGMENT

Upon plaintiff's motion for voluntary dismissal, **IT IS ORDERED** that this action is dismissed with prejudice.  Each party shall bear its own costs.

**NORBERT G. JAWORSKI, CLERK OF COURT**

**May 3, 2006.**                          By:  s/Deborah Agans
*Date*                                         *Deputy Clerk*

**Approved:** *s/ James L. Foreman*        EOD:5/3/06
                *Judge*